UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Kevin Emmanuel Alvarado-Martinez<br><br>Defendant(s) | CRIMINAL NO. 07CR3096-BEN<br>            07mj8854<br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 879 413 |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Alfonso Garcia-Aguilera
C 105 01768-218

DATED:  11/13/07

RECEIVED _____
             DUSM

**PETER C. LEWIS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
       Deputy Clerk