# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.C.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff ) <br> ) <br> vs. ) <br> Kevin Emmanuel Alvarado-Martinez ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 07CR3096-BEN <br> ORDER 07mj8884 <br> RELEASING MATERIAL WITNESS <br> Booking No. |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Francisco Jimenez-Garcia
@ ICJ # 879495
USMS 01707298

DATED: 11/13/07

RECEIVED _____ /DUSM

**PETER C. LEWIS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk

CLERK'S COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082