AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ CALIFORNIA

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

Kevin Emmanuel Alvarado-Martinez    CASE NUMBER: 07CR3096-BEN

I, _Kevin Emmanuel Alvarado-Martinez_, the above named defendant, who is accused of

8 USC 1324 transportation of illegal aliens + aiding + abetting

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _November 13, 2007_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**FILED**
NOV 1 3 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer