1   KAREN P. HEWITT
United States Attorney
2   CHRISTINA M. McCALL
Assistant U.S. Attorney
3   California State Bar No. 234139
United States Attorney's Office
4   880 Front Street, Room 6293
San Diego, California 92101
5   Telephone: (619) 557-6760/ (619) 235-2757 (Fax)
Email: christina.mccall@usdoj.gov
6
Attorneys for Plaintiff
7   United States of America

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,        )   Criminal Case No. 07CR3096-BEN
                                      )
11                      Plaintiff,    )
                                      )   NOTICE OF APPEARANCE
12           v.                       )
                                      )
13   KEVIN EMMANUEL ALVARADO-         )
     MARTINEZ,                        )
14                                    )
                                      )
                        Defendant.    )
15                                    )

16   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17       I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18       I certify that I am admitted to practice in this court or authorized to practice under CivLR

19   83.3.c.3-4.

20       The following government attorneys (who are admitted to practice in this court or authorized

21   to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22   counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to

23   activity in this case:

24       Name (If none, enter "None" below)

25           None

26

27

28

1

2      Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

3    <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic

4    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

5    association):

6          <u>Name</u> (If none, enter "None" below)

7              None

8

9          Please call me if you have any questions about this notice.

10         DATED: December 27, 2007
                                                     Respectfully submitted,
11
                                                     KAREN P. HEWITT
12                                                   United States Attorney

13                                                   s/Christina M. McCall
                                                     _____
14                                                   CHRISTINA M. McCALL
                                                     Assistant United States Attorney
15                                                   Attorneys for Plaintiff
                                                     United States of America
16                                                   Email: christina.mccall@usdoj.gov

17

18

19

20

21

22

23

24

25

26

27
       NOTICE OF APPEARANCE
28     UNITED STATES v. KEVIN EMMANUEL ALVARADO-MARTINEZ          07CR3096-BEN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No.  07CR3096-BEN |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| v. ) | |
| ) | |
| KEVIN EMMANUEL ALVARADO- ) | |
| MARTINEZ, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, CHRISTINA M. McCALL, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101.

I am not a party to the above-entitled action.  I have caused service of NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Carolyn Oliver, Esq.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 27, 2007.

s/ Christina M. McCall
CHRISTINA M. McCALL

NOTICE OF APPEARANCE
UNITED STATES v. KEVIN EMMANUEL ALVARADO-MARTINEZ        07CR3096-BEN